IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

PETER KILCHENSTEIN                        :
122 E. Nicodemus Road                     :
Westminster, Carroll County               :
Maryland 21157                            :
                                          :
                    Plaintiff,            :
                                          :    Case No.
        v.                                :
                                          :
UNITED STATES OF AMERICA                  :
                                          :
Serve on:                                 :
Merrick Garland, United States            :
Attorney General                          :
Office of the Attorney General            :
United States Department of Justice       :
950 Pennsylvania Avenue, N.W.             :
Washington, D.C. 20530                    :
                                          :
And                                       :
                                          :
Erek L. Baron, United States Attorney     :
for the District of Maryland              :
36 S. Charles Street, 4th Floor           :
Baltimore, Maryland 21201                 :
                                          :
                    Defendant     :
_____

COMPLAINT

Plaintiff, Peter Kilchenstein, by his attorney, Richard L. Jaklitsch, of The Jaklitsch

Law Group, hereby files suit against Defendant, United States of America, for reasons stated as

follows:

1.    Plaintiff, Peter Kilchenstein, is a citizen of the State of Maryland, residing at 122

E. Nicodemus Road, Westminster, Maryland 21157.

2.    Defendant, United States of America, for the actions of its agents and employees

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

2

of the United States Postal Service, a federal governmental entity, is amenable to suit in this action pursuant to 28 U.S.C. §§ 1346(b) and 2672-2680, the Federal Tort Claims Act.

3.    Plaintiff has exhausted his statutory required administrative remedies, pursuant to 28 U.S.C. §§ 2672, 2675. Plaintiff filed his claim with the United States Postal Service on September 15, 2023, by filing a Standard Form 95 and cover letter.  Pursuant to 28 U.S.C. § 2675, Plaintiff's claim was deemed denied upon the United States Postal Service's failure to make a final disposition of the claim within six months of Plaintiff's filing.

## COUNT I – NEGLIGENCE

4.    Plaintiff, Peter Kilchenstein, re-alleges the facts and allegations set forth in paragraphs one (1) through three (3), and further states as follows:

5.    On or about April 27, 2023, Peter Kilchenstein was a passenger in a vehicle traveling southbound on I-95 in Prince George's County, Maryland.

6.    At the same time and place, a vehicle driven by Abiye Gebrehiwot, who at all relevant times was the agent, servant and/or employee of the owner of the vehicle, United States Postal Service, attempted to make an unsafe and improper lane change and struck the vehicle in which Plaintiff was a passenger at the time of the collision.

7.    The employee of the U.S. Postal Service failed to pay full attention to the surrounding vehicles immediately prior to and at the time of the collision.

8.    The negligence of the employee and/or agent of the United States Postal Service, was the proximate cause of the accident in that the employee negligently failed to keep proper control of the vehicle, negligently failed to keep a proper lookout for other vehicles, negligently failed to yield the right of way, negligently changed lanes when it was unsafe to do so, and was

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

3

otherwise careless and negligent, thereby causing a collision with the vehicle in which Plaintiff was a passenger in at the time of the collision.

9.      As a result of the negligence of the employee of the U.S. government, Plaintiff did suffer great pain and injury, mental anguish, and has incurred medical expenses.

WHEREFORE, Plaintiff, Peter Kilchenstein, demands judgment against Defendant in the sum of Five Hundred and Ten Thousand Dollars ($510,000.00)

THE JAKLITSCH LAW GROUP

Richard L. Jaklitsch
Bar #: 02361
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
rick@jaklitschlawgroup.com        /tgb
*Attorneys for Plaintiffs*

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700